USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
MICHAEL PELUSO,

                Plaintiff,

-v-

NATIONAL HOCKEY LEAGUE,

                Defendants.
------------------------------------------------------------ X

1:14-cv-02531-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This case was remanded this Court from the District of Minnesota, pursuant to 28 U.S.C. § 1407(a), on November 8, 2011. Prior to the remand, all of the claims of each of the plaintiffs were dismissed. *See* D. Minn., Case No. 14-cv-3234-SRN-BRT, Dkt. Nos. 50, 64. Accordingly, the Clerk of Court is directed to close this case and to mail a copy of this order to Mr. Peluso.

    SO ORDERED.

Dated: November 14, 2019
       New York, New York

                                                  GREGORY H. WOODS
                                               United States District Judge